Northern District of California

**FILED**

JUN -9 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of <br> DIMITRIOS MOULATSIOTIS | ) <br> )    Case No. 21-mj-71102-MAG-1 (KAW) <br> ) |

### ORDER

The Court having received the Complaint filed on June 29, 2021 and the Amended Complaint filed on July 9, 2021, by Maureen Bessette, Assistant United States Attorney for the Northern District of California pursuant to the request from the Government of Germany for the arrest and extradition of Dimitrios Moulatsiotis and an affidavit executed by Dimitrios Moulatsiotis and witnessed by his attorney;

Further, the Court having been advised in open session that Dimitrios Moulatsiotis is a fugitive sought by the Government of Germany; that he is aware that the Government of Germany has obtained a warrant for his arrest; that he has reviewed the Amended Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Germany and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Dimitrios Moulatsiotis be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Germany, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Germany, to

the custody of such authorized representatives to be transported to Germany to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Dimitrios Moulatsiotis, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Germany.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, DC, and Assistant United States Attorney Maureen Bessette.

SO ORDERED, this 9th day of June, 2022.

_____
KANDIS A. WESTMORE
United States Magistrate Judge
Northern District of California