FILED

JUN -9 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Extradition of    )   Case No. 21-mj-71102-MAG-1 (KAW)
DIMITRIOS MOULATSIOTIS              )
                                     )

<u>AFFIDAVIT OF WAIVER OF EXTRADITION</u>

I, Dimitrios Moulatsiotis, having been fully informed by my attorney, Julia Jayne, of my rights under the extradition treaty in force between the United States and the Federal Republic of Germany and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Germany.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Germany, the applicable sections of Title 18 of the United States Code, and the Complaint filed by the United States Attorney in fulfillment of the United States' treaty obligations to the Government of Germany. I understand that pursuant to 18 U.S.C. § 3184 I am entitled to a hearing at which certain facts would need to be established, including:

- That currently there is an extradition treaty in force between the United States and Germany;
- That the treaty covers the offenses for which my extradition was requested;
- That I am the person whose extradition is sought by Germany; and
- That probable cause exists to believe that I committed the offenses for which extradition was requested.

I admit that I am the individual against whom charges are pending in Germany and for whom process, including an arrest warrant, is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Germany unless and until a

court in the United States issues a ruling certifying my extraditability and the U.S. Secretary of State issues a warrant of surrender.

I have reviewed the Amended Complaint in this matter, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Germany.

Without conceding guilt or making any admissions regarding the Amended Complaint, I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code, and agree to be transported in custody, as soon as possible, to Germany, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Germany. No representative, official, or officer of the United States or of the Government of Germany, nor any other person whosoever, has made any promise, offered any form of inducement, made any threat, or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 9 day of June 2022.

_____
Dimitrios Moulatsiotis

_____
Julia Jayne, Esq.
Attorney for Dimitrios Moulatsiotis

I hereby certify that on this 9th day of June 2022, Dimitrios Moulatsiotis personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2